DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN WARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1231

[October 15, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 43-2014-CF-00139-B.

Jonathan Ward, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KLINGENSMITH, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***